Matthew M. Pruitt (12474)
KIRTON McCONKIE, P.C.
301 N 200 E, Suite 3-A
St. George, Utah 84770
Tel.:   435-574-5672
Email: mpruitt@kmclaw.com
*Attorneys for Jason Ryan Ralphs and*
*The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICKY LEE KELLY,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON RYAN RALPHS, an Individual; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:25-cv-00585-MMD-MDC<br><br>**AMENDED STIPULATION TO EXTEND TIME FOR DISCOVERY**<br>**(First Request)** |

**COME NOW** Plaintiff RICKY LEE KELLY, by and through his counsel of record, Amanda Harmon of the Law Offices of Kevin R. Hansen, and Defendants JASON RYAN RALPHS and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, by and through their counsel of record, Matthew Pruitt of Kirton McConkie (Plaintiff and Defendants collectively "Parties"), and hereby stipulate to extend time for discovery by sixty (60) days. This is the first stipulation to extend time for discovery.

All Parties stipulate to this extension as the Parties require additional time for responding to written discovery, taking depositions, and the Parties' experts will require additional time to prepare reports after reviewing discovery.

1

The Parties have presently completed the following discovery: All Parties have served Initial Disclosures, and All Parties have served Written Discovery Requests, with responses pending.

The Discovery which remains to be completed includes: Third-Party Subpoenas, Depositions of Plaintiff and Defendants, Depositions of Medical Providers, Expert Reports, and Expert Depositions.

The remaining discovery is not able to be completed in the original time limits of the discovery plan, as the Parties require additional time to accommodate the schedules of deponents and experts so that the case may be fully decided on its merits.

More specifically, Plaintiff's medical expert requires additional time to review the medical records, as there are over 3,000 pages to review. Additionally, Defendants' expert has indicated that it needs 60-90 days to complete an expert report. Moreover, the Parties are attempting in good faith to schedule depositions, and anticipate being able to take those depositions soon, but the parties' experts will need time to review the party and medical provider deposition transcripts prior to the expert disclosure deadline. Furthermore, Defendants will be serving third-party subpoenas shortly for medical records which it anticipates may add to the 3,000 page review.

Present Discovery Deadlines include:

(1) Discovery Cut-Off: September 26, 2025

(2) Expert Disclosures: July 29, 2025

(3) Rebuttal Expert Disclosures: August 28, 2025

(4) Dispositive Motion Deadline: October 27, 2025

(5) Joint Pre-Trial Order: November 26, 2025

(6) Amending the Pleadings and Adding Parties: June 30, 2025

The Parties therefore stipulate to the following new deadlines:

(1) Discovery Cut-Off: November 26, 2025

(2) Expert Disclosures: September 29, 2025

(3) Rebuttal Expert Disclosures: October 28, 2025

(4) Dispositive Motion Deadline: December 29, 2025

(5) Joint Pre-Trial Order: January 26, 2026

| LAW OFFICES OF KEVIN R. HANSEN | KIRTON McCONKIE, P.C. |
|---|---|
| /s/ Amanda Harmon<br>KEVIN R. HANSEN, ESQ.<br>Nevada Bar No. 6336<br>AMANDA A. HARMON, ESQ.<br>Nevada Bar No. 15930<br>LAUREN D. CALVERT, ESQ.<br>Nevada Bar No.10534<br>2625 S. Rainbow Blvd. Suite C-106<br>Las Vegas, Nevada 89146<br>*Attorneys for Plaintiff* | /s/ Matthew Pruitt<br>Matthew M. Pruitt (12474)<br>301 N 200 E, Suite 3-A<br>St. George, Utah 84770<br>Tel.: 435-574-5672<br>Email: mpruitt@kmclaw.com<br>*Attorneys for Jason Ryan Ralphs and The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-11-25

3