Matthew M. Pruitt (12474)
KIRTON McCONKIE, P.C.
301 N 200 E, Suite 3-A
St. George, Utah 84770
Tel.:   435-574-5672
Email: mpruitt@kmclaw.com
*Attorneys for Jason Ryan Ralphs and*
*The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICKY LEE KELLY,<br><br>          Plaintiff,<br><br>    vs.<br><br>JASON RYAN RALPHS, an Individual; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation Sole; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>          Defendants. | CASE NO.: 2:25-cv-00585-MMD-MDC<br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, RICKY LEE KELLY, and Defendants, JASON RYAN RALPHS, and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

| | |
|---|---|
| KIRTON McCONKIE<br><br>/s/ Matthew Pruitt<br>MATTHEW PRUITT, ESQ.<br>Nevada Bar #12474<br>301 N 200 E, Suite 3-A<br>St. George, Utah 84770<br>*Attorneys for Aaron David De La Hoz and*<br>*The Church of Jesus Christ of Latter-day Saints* | LAW OFFICES OF KEVIN R. HANSEN<br><br>/s/ Amanda A. Harmon<br>KEVIN R. HANSEN, ESQ.<br>Nevada Bar # 6336<br>AMANDA A. HARMON, ESQ.<br>Nevada Bar # 15930<br>2625 S. Rainbow Blvd. Suite C-106<br>Las Vegas, NV 89146<br>*Attorneys for Plaintiff Ricky Lee Kelly* |

1

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: August 8, 2025